UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES PLAS SAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 5:21-cv-00493-ODW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by James Plas Sams ("Plaintiff"), this Court's prior Order dismissing certain claims in the Complaint without leave to amend (Dkt. 12), Plaintiff's Motion for Partial Summary Judgment (Dkt. 53, "Plaintiff's Motion"), the Motion for Summary Judgment filed by Defendants Alvarez, Armenta, Barrera, Garibay, Minor-Amay, and Roe ("Defendants' Motion"), all briefing in support of an in opposition to Plaintiff's Motion and Defendants' Motion, the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 77, "Report"), Defendants' Objection to the Report (Dkt. 77) and Plaintiff's Response to Defendants' Objection to the Report (Dkt. 78).

The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS HEREBY ORDERED that: (1) Plaintiff's Motion (Dkt. 53) is DENIED in its entirety; (2) Defendants' Motion (Dkt. 56) is GRANTED, in part, as to Plaintiff's Eighth Amendment deliberate indifference claim against Barrera, which is ordered dismissed with prejudice, and in all other respects, Defendants' Motion (Dkt. 56) is DENIED; and (3) as all preliminary matters raised by the parties have been addressed, under the referral order (Dkt. 7), the referral to the magistrate judge is terminated and the case is returned to the undersigned for all purposes.

Dated: December 15, 2023

OTIS D. WRIGHT, II
United States District Judge